UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>PORTER, et al.,<br><br>    Defendants. | No. 2:18-cv-0451 KJM CKD P<br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with a civil action. On July 18, 2018, plaintiff filed a motion seeking an order to defendants to respond to his request for production of documents. In their opposition to the motion, defendants indicate they have now responded to two requests for production of documents served by plaintiff. Plaintiff does not dispute this.

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 18, 2018 motion to compel (ECF No. 34) is denied as moot.

Dated: August 27, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE