UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PORTER, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-0451 KJM CKD P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se. Plaintiff has filed two documents in which he expresses a desire to depose certain inmates and defendants Porter and Harris, and obtain documents from all of them.

　　　　As for the request for documents from defendants, the deadline for serving requests for discovery has passed. See ECF No. 30 at 5. As for depositions and the request for documents from non-parties, plaintiff has not complied with Rule 30 of the Federal Rules of Civil Procedure concerning depositions, or with Rule 45 concerning subpoenas, nor has he made any reasonable attempt to comply with those rules.

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 8, 2018 "motion for subpoena . . ." is denied; and

2. Plaintiff's August 21, 2018 "motion and request for deposition . . ." is denied.

Dated: August 30, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hill0451.sup