UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>PORTER, et al.,<br><br>    Defendants. | No. 2: 18-cv-0451 KJM CKD P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 15, 2019, the undersigned conducted a settlement conference in this action. This action is settled. On January 16, 2019, the parties filed a stipulation of dismissal.

On May 9, 2019, plaintiff filed a motion to compel. In this motion, plaintiff alleges that he has not received from defendants the money agreed upon at the settlement conference.

As the undersigned informed plaintiff at the settlement conference, payment of money can take up to six months from the settlement conference. If six months pass from January 15, 2019, and plaintiff has not received payment of the money agreed upon at the settlement conference, he shall contact defense counsel. If plaintiff is dissatisfied with the response received from defense counsel, he may then contact the court and the court will find out why the delay in payment has occurred.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 55) is denied without prejudice.

Dated: May 22, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hill451.set